PD-1489-15

Elroy Edwards
3295 FM.3514
Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk

Re: The State Of Texas Vs. Elroy Edwards In    Nov 6, 2015
Cause No. 12-15-00042-CR

Attn": Ms. Cathy Lusk, Clerk
12TH Court Of Appeals
1517 West Front Street Ste 354
Tyler, Tx 75702

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

Dear Clerk,

Please Find Enclosed The Appellant's Motion
For Extention Of Time To File (PDR), In The Above-
Entitled Cause. Thank You.

Very Truely Yours,

x Elroy Edwards

No. 12-15-00042-CR

The State Of Texas      *      In The Court Of Appeals

Vs.                     *      Twelfth Court Of Appeals District

                        *      Tyler, Texas

Elroy Edwards,          *

                        *


### Appellant's Motion For Extention To File P.D.R.


To The Honorable Said Justices Of Court:

   Now Comes Elroy Edwards, The Appellant, And File His 2nd Appellant's Motion For Extention To File Petition For Discretionary Review, Pursuant To His 5th. 6th. 8th And 14th Amendment Rights To The U.S. Const. Art 1. Section 13 Of The Texas Const. As Well As A Deprivation Of Fundmental Faerness The Appellant, Respectfully Show The Following:

1. Jurisdiction

   This Honorable Court Vest Proper Jurisdiction To Entertain This Instance Case At Bar.

## 2. CONFINEMENT

The Appellant Elroy Edwards TDCJ # 01984054 was moved from Holliday Unit, at 295 HE-75 North Huntsville, TX 77320 To Larry Gist Unit 3295 FM3514 Beaumont, Texas 77705.

## 3. FACTS AND CIRCUMSTANCES

On March 26, 2015 Appellant Herein The Above-Entitled Cause, File A Letter To The 12th Court Of Appeals In Tyler Texas, Conveying That The Holliday Unit Did Not Have The Forms As To File For An Extention To File A PDR, However A Request Was Made Reference An Extention Nevertheless, Appellant Still Has Not Received An Answer. Other Then A Letter Dated March 26, 2015 From John D. Reeves An Attorney Inwhom Was Appointed To Assist Appellant, On Appeal. However Counsel Informed Appellant, As To This Courts Opinion To Dismiss Counsel's Service But Therefore Explain Appellant's Individual Rights To Pursue Further Action In The Above Entitled Cause. But First Appellant Must File Motion For Continuance Which, Was Done Not By Proper Motion But A Letter Requesting A Continuance To File A PDR. Which Appellant Has Yet To Receive This Honorable Courts Response, In That He Can File A (PDR). Although Appellant's Request Should Be On

File. Address To Cathy Lusk Clerk 12th Court Of Appeals 1517 West Front Street Ste 354 Tyler, Texas 75702.

Appellant's 2nd Request Herein Is Not Sought For Delay, But For Good Reason Articulated In The Above Entitled Cause. For Further Acknowledgement John D. Reeves Attorney At Law Office Located At 1007 Grant Ave Lufkin TX 75901 Tel # (936) 637-1609 Telephone (936) 32-1640 Facsimile Can Be Reached That Support's Appellant's Asserted Issues. For The Wanting To Response Reference APDR Is Of Paramount Importance.

4/ Relief Sought

The Appellant Seek's 30 Days From The Receipt Of This Honorable Court's Granting The Enclosed Appellant's Motion For Extention. Moreover The Record From The Trial Court, Acknowleding Appellant, Did Not Dismiss His Appeal. As He Should Be Justly Entitled

5 Prayer

Wherefore Premises Consider Elroy Edwards Your Appellant Respectfully Prays. That This Honorable Court Will Grant, The Above Entitled Motion. In All Things As Appellant Is Justly Entitled.

Respectfully Submitted.

x Elroy Edwards

6. Certificate Of Service

This Is To Certify That On Nov 6, 2015 A True And Correct Copy Of The Above And Foregoing Document Was Served On The District Clerk For The 12th. Court Of Appeals — Tyler. Texas.

x Elroy Edwards